IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 15-cr-00098-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BENEDICTO ROANDOLFO GONZALEZ-LOPEZ,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

ORDERED that Defendant Benedicto Roandolfo Gonzalez-lopez is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 17th day of June 2015.

BY THE COURT:

Judge William J. Martínez
United States District Judge